■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONG V. DAO, Appellant. [779 NYS2d 914]—Appeal by the defendant from an order of the County Court, Nassau County (Brown, J.), dated July 18, 2001, which, pursuant to Correction Law article 6-C, designated him a level three sex offender.

Ordered that the order is affirmed, without costs or disbursements.

The County Court's designation of the defendant as a level three sex offender under the Sex Offender Registration Act was

supported by clear and convincing evidence (*see* Correction Law art 6-C; *People v Smith,* 5 AD3d 752 [2004], *lv denied* 3 NY3d 602 [2004]; *People v Moore,* 1 AD3d 421 [2003], *lv denied* 2 NY3d 743 [2004]; *People v Brooks,* 308 AD2d 99 [2003]).

The defendant's remaining contention is without merit. H. Miller, J.P., Goldstein, Cozier and Mastro, JJ., concur.